UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONG C. SUN,<br>Defendant. | Case No. 18-cv-00397-NC<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF 1 |

The United States of America filed a petition to enforce an Internal Revenue Service summons served on respondent Rong C. Sun. Pet., ECF 1. Good cause having been shown, the Court ORDERS respondent Rong C. Sun to show cause why she should not be compelled to appear and provide the documents described in the summons served on Sun on June 14, 2017. *Id.* ¶ 13, Ex. A. Sun must appear before the Court on May 9, 2018, at 10:00 in Courtroom 7, 280 South 1st Street, San Jose, California.

No later than March 2, 2018, the United States must serve a copy of this order to show cause and a copy of the petition on Sun in accordance with Federal Rule of Civil Procedure 4. Sun may file a written response to the petition by April 6, 2018, supported by appropriate affidavits or declarations in conformance with 28 U.S.C. § 1746, as well as any motion Sun wishes to make. The United States may file a reply to the response no later than April 27, 2018.

In the case related to this one, *United States of America v. Frederick L. Wu*, Case

1  No. 18-cv-00403, the Court issued an order to show cause that set a hearing for April 26,
2  2018, in the San Francisco courthouse and established deadlines for Wu and the United
3  States to respond to the order. *See* ECF 5 in Case No. 18-cv-00403. As stated in the order
4  relating cases, the hearing date—but not the other deadlines—were vacated in that case.
5  *See* ECF 7 in Case No. 18-cv-00403. The Court now ORDERS Wu to appear before the
6  Court on May 9, 2018, at 10:00 in Courtroom 7, 280 South 1st Street, San Jose, California.
7  Wu's response to the earlier order to show cause remains due March 22, 2018, and the
8  United States' reply to Wu's response remains due April 5, 2018.

**IT IS SO ORDERED.**

Dated: February 16, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge